IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | :Case No. 3:18-CR-121 (1) | |
| vs. | :HONORABLE WALTER H. RICE | |
| Tucker, Dontae | : | |
| Defendant | : | |

---

## ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on September 26, 2018 and removes the following condition:

1. *Participate in one of the following location monitoring restriction programs and abide by all the requirements of the program which will include electronic monitoring. Home Detention (amended to Curfew on 12/13/18)*

All other bond conditions remain in full force and effect.

Date: 5/21/2019

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE