IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:18cr121 |
| DONTAE TUCKER, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) (DOC. #35)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. #35), IT IS ORDERED that the motion is DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

July 20, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE